No. 106, Misc. WILLIAMS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 107, Misc. LILLY *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 108, Misc. CARPENTER *v.* ROHM & HAAS Co., INC. C. A. 3d Cir. Certiorari denied. Petitioner *pro se. James R. Morford* for respondent.

No. 109, Misc. COOPER *v.* CRANOR, SUPERINTENDENT. C. A. 9th Cir. Certiorari denied.

No. 110, Misc. VAN EPS *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 111, Misc. TIMMONS *v.* DANIELS. Supreme Court of South Carolina. Certiorari denied.

No. 113, Misc. CAREY *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 114, Misc. CUMMINGS *v.* BURKE, WARDEN. Supreme Court of Pennsylvania. Certiorari denied.

No. 115, Misc. MAHURIN *v.* EIDSON, WARDEN, ET AL. Supreme Court of Missouri. Certiorari denied.

No. 116, Misc. ODDO *v.* NEW YORK. First Judicial Department of the Appellate Division of the Supreme Court of New York. Certiorari denied.